Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICAH ABRAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD.; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; NORTHWEST AIRLINES, INC.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants. | Case No. CV 08-0339-MEJ<br><br>**NOTICE OF RELATED CASES** |

///

///

///

TO THE COURT AND ALL PARTIES:

Pursuant to Civil L.R. 3-12 and 7-11 of the United States District Court of the Northern District of California, Plaintiff, Micah Abrams, gives notice that this action is related to *Donald Wortman, et al. v. Air New Zealand, et al.,* Case No. C-07-5634 CRB, filed on November 6, 2007. This case involves overlapping defendants and substantially the same conducts as alleged in the case identified above. These actions both allege that defendants agreed, combined and conspired with each other to fix, raise, maintain and/or stabilize the prices for long haul passenger transpacific flights to and from the United States, and to fix fuel surcharges on such transportation in violation of the federal antitrust laws of the United States (15 U.S.C. §1 and 15 U.S.C. §§15 and 26). Relating these cases, pursuant to Civil L.R. 3-12, will advance the convenience of the parties, witnesses and counsel, and avoid the risk of duplicative or inconsistent rulings, orders, and judgments, and serve the interests of justice

Dated: January 18, 2008

By: _/s/ Craig C. Corbitt_
 Craig C. Corbitt

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770

*Attorneys for Plaintiff and the Class*

# CERTIFICATE OF SERVICE

**MICAH ABRAMS v. AIR NEW ZEALAND LTD., et al.**
**Case No. CV 08-0339 MEJ**

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**1.   NOTICE OF RELATED CASES**

☒ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: January 18, 2008

Signed  */s/Monica J. Steele*
Monica J. Steele

#3171836v1