**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                        415.522.2000

**January 24, 2008**

**CASE NUMBER:  CV 08-00339 MEJ**
**CASE TITLE:  MICAH ABRAMS-v-AIR NEW ZEALAND**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable** CHARLES R. BREYER  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/24/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 1/24/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA