1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email: jcove@bsfllp.com
          krossman@bsfllp.com
6         dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines, Inc.

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| **MICAH ABRAMS**, individually and on behalf of all others similarly situated, | Case No. 08-CV-0339-CRB |
| Plaintiff, | **DEFENDANT NORTHWEST AIRLINES INC.'S NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F. ROSSMAN IV AND DEAN M. HARVEY** |
| vs. | |
| **AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.**, | The Honorable Charles R. Breyer |
| Defendants. | |

DEFENDANT NORTHWEST AIRLINES, INC.'S NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F.
ROSSMAN IV AND DEAN M. HARVEY – CASE NO. 08-CV-0339-CRB

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT John F. Cove, Jr., Kenneth F. Rossman IV and Dean M.
3  Harvey of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California
4  94612, hereby enter an appearance on behalf of defendant Northwest Airlines, Inc. in the above-
5  captioned matter.

6

7  Respectfully Submitted,

8  Dated: February 4, 2008            BOIES, SCHILLER & FLEXNER LLP

9                                      By:     /s/ Dean M. Harvey_____

10                                     JOHN F. COVE, JR.
11                                     KENNETH F. ROSSMAN IV
                                       DEAN M. HARVEY
12                                     1999 Harrison St., Suite 900
                                       Oakland, CA 94612
13                                     Telephone: (510) 874-1000
                                       Facsimile: (510) 874-1460
14
15                                     Attorneys for Defendant Northwest Airlines, Inc.

16
17
18
19
20
21
22
23
24
25
26
27
28

1