| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | JOHN F. COVE, JR. (CA Bar No. 212213) |
| 2 | KENNETH F. ROSSMAN IV (CA Bar No. 237558) |
| | DEAN M. HARVEY (CA Bar No. 250298) |
| 3 | 1999 Harrison St., Suite 900 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 874-1000 |
| | Facsimile: (510) 874-1460 |
| 5 | Email:  jcove@bsfllp.com |
| |         krossman@bsfllp.com |
| 6 |         dharvey@bsfllp.com |
| 7 | Attorneys for Defendant Northwest Airlines, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAH ABRAMS**, individually and on behalf of all others similarly situated, | Case No. 08-CV-0339-CRB |
| Plaintiff, | **DEFENDANT NORTHWEST AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| **AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,** | The Honorable Charles R. Breyer |
| Defendants. | |

DEFENDANT NORTHWEST AIRLINES, INC.'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS - CASE NO. 08-CV-0339-CRB

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
| --- | --- |
| Northwest Airlines Corporation | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: February 4, 2008

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Dean M. Harvey

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
DEAN M. HARVEY
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines, Inc.