1 | David A. Senior (SBN 108579)
2 | Benjamin D. Weston (SBN 240641)
　| McBreen & Senior
3 | 2029 Century Park East
　| Third Floor
4 | Los Angeles, California 90067
　| Telephone: 310-552-5300
5 | Facsimile: 310-552-1205
　| Email:  dsenior@mcbreensenior.com

6 | Attorneys for Defendant
　| Malaysian Airline System Berhad
7 |
　| Other counsel listed at signature lines
8 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAH ABRAMS**, individually and on behalf of all others similarly situated, | Case No. 08-CV-0339-CRB |
| Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., | The Honorable Charles R. Breyer |
| Defendants. | |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1  Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas
4  the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams
5  ("Plaintiff"), and defendant Malaysian Airline System Berhad, sued herein as "Malaysia Airlines"
6  ("Defendant"), through counsel, hereby stipulate and agree as follows:

7  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8  otherwise plead is enlarged until 45 days after the JPML grants, denies, or otherwise disposes of
9  the pending motion.  If a consolidated amended complaint is filed by Plaintiff in a single
10 transferee Court and served on Defendant, and Plaintiff's counsel is acting as Lead Counsel,
11 Plaintiff agree that Defendants' time to answer, move, or otherwise plead is enlarged until 45
12 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defendant's counsel shall accept
14 service on behalf of Defendant of the summons and complaints in the above-captioned matter,
15 including any amended or consolidated complaints, and further, that Defendant shall not contest
16 sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any
17 other defense including, but not limited to, the defenses of lack of personal or subject matter
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28

jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

        IT IS SO STIPULATED.

Dated: February **6**, 2008

By:   /s/ David A. Senior
David A. Senior
Benjamin D. Weston
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: 310-552-5300
Facsimile: 310-552-1205
Email:  dsenior@mcbreensenior.com

Attorneys for Defendant
Malaysian Airline System Berhad

Dated: February **6**, 2008

By:     /s/   Craig C. Corbitt
Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
  & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

*Attorneys for Plaintiff and the Class*

Concurrence in the filing of this stipulation has been obtained from the foregoing signatories pursuant to United States District Court, Northern District of California General Order 45(X)(B).

By:   /s/ Benjamin D. Weston