1  Rowan D. Wilson (SBN 118488)
   Cravath, Swaine & Moore, LLP
2  825 Eighth Avenue
   New York, NY 10019
3  Tel: (212) 474-1000
   Fax: (212) 474-3700
4  Email: rwilson@cravath.com

5
   Attorney for Defendant Thai Airways International Public
6  Company, Ltd.

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12  **MICAH ABRAMS**, individually and on  ) Case No. 08-CV-0339-CRB
    behalf of all others similarly situated,  )
13                                            ) **JOINT STIPULATION PURSUANT TO**
                                              ) **LOCAL RULE 6-1 EXTENDING TIME**
14              Plaintiff,                    ) **TO RESPOND TO COMPLAINT**
                                              )
15  vs.                                       )
                                              )
16  **AIR NEW ZEALAND LTD., ALL NIPPON**      )
    **AIRWAYS CO. LTD., CHINA AIRLINES**      )
17  **LTD., EVA AIRWAYS CORPORATION,**        )
    **JAPAN AIRLINES INTERNATIONAL**          )
18  **CO. LTD., MALAYSIA AIRLINE**            )
    **SYSTEM BERHAD, NORTHWEST**              )
19  **AIRLINES, INC., QANTAS AIRWAYS,**       )
    **LTD., SINGAPORE AIRLINES, LTD.,**       )
20  **AND THAI AIRWAYS INTERNATIONAL**        )
    **PUBLIC COMPANY, LTD.,**                 )
21                                            )
                                              )
22              Defendants.                   )
                                              )
23                                            )
                                              )
24                                            )
                                              )
25                                            )

26

27

28

1  Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas
4  the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams
5  ("Plaintiff"), and defendant Thai Airways International Public Company, Ltd. ("Defendant"),
6  through counsel, hereby stipulate and agree as follows:

7  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
9  required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
10 the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended
11 complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
12 counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or
13 otherwise plead is enlarged until 45 days after such service.

14 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
15 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
16 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
17 of process or service of process. This Stipulation does not constitute a waiver of any other
18 defense including, but not limited to, the defenses of lack of personal or subject matter
19 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
20 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

21  IT IS SO STIPULATED.

23  Respectfully Submitted,

| | | | |
|---|---|---|---|
| 1 | Dated: February 8, 2008 | By: | /s/ Rowan D. Wilson |
| 2 | | | Rowan D. Wilson |
| | | | CRAVATH, SWAINE & MOORE LLP |
| 3 | | | 825 Eighth Avenue |
| | | | New York, NY 10019 |
| 4 | | | Telephone: (212) 474-1000 |
| | | | Fax:        (212) 474-3700 |

*Attorney for Defendant Thai Airways International Company Limited*

Dated: February 8, 2008       By:     /s/ Craig C. Corbitt_(by authorization)

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

*Attorneys for Plaintiff and the Class*

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |