1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines, Inc.

8  Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ABRAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., <br><br> Defendants. | Case No. 08-CV-0339-CRB <br><br> **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> The Honorable Charles R. Breyer |

1     Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and
2 Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas
4 the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams
5 ("Plaintiff"), and defendant Northwest Airlines, Inc. ("Defendant"), through counsel, hereby
6 stipulate and agree as follows:

7     IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8 otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
9 required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
10 the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended
11 complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
12 counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or
13 otherwise plead is enlarged until 45 days after such service.

14     IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
15 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
16 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
17 of process or service of process. This Stipulation does not constitute a waiver of any other
18 defense including, but not limited to, the defenses of lack of personal or subject matter
19 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
20 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1  IT IS SO STIPULATED.

2  Respectfully Submitted,

3  Dated: February 4, 2008                    BOIES, SCHILLER & FLEXNER LLP

4                                             By:     /s/ Dean M. Harvey

5                                             JOHN F. COVE, JR.
                                              KENNETH F. ROSSMAN IV
6                                             DEAN M. HARVEY
                                              1999 Harrison St., Suite 900
7                                             Oakland, CA 94612
                                              Telephone: (510) 874-1000
8                                             Facsimile: (510) 874-1460

9
                                              Attorneys for Defendant Northwest Airlines, Inc.
10

11 Dated: February 4, 2008                    ZELLE, HOFMANN, VOELBEL, MASON &
                                              GETTE LLP
12

13                                            By:     /s/ Jiangxiao Athena Hou (by authorization)

14                                            CRAIG C. CORBITT
                                              MATTHEW R. SCHULTZ
15                                            JIANGXIAO ATHENA HOU
                                              PATRICK B. CLAYTON
16                                            44 Montgomery Street, Suite 3400
                                              San Francisco, California 94104
17                                            Telephone: (415) 693-0700
                                              Facsimile: (415) 693-0770
18

19                                            Attorneys for Plaintiff

20

21

22                                            February 11, 2008

**IT IS SO ORDERED**

*Judge Charles R. Breyer*

United States District Court, Northern District of California

---

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB