Rowan D. Wilson (SBN 118488)
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: rwilson@cravath.com

Attorney for Defendant Thai Airways International Public
Company, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAH ABRAMS**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>**AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,**<br><br>        Defendants. | Case No. 08-CV-0339-CRB<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |

1    Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and

2    Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

3    1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas

4    the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams

5    ("Plaintiff"), and defendant Thai Airways International Public Company, Ltd. ("Defendant"),

6    through counsel, hereby stipulate and agree as follows:

7    IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or

8    otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be

9    required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after

10    the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended

11    complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's

12    counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or

13    otherwise plead is enlarged until 45 days after such service.

14    IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service

15    on behalf of Defendant of the summons and complaints in the above-captioned matter, including

16    any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency

17    of process or service of process.  This Stipulation does not constitute a waiver of any other

18    defense including, but not limited to, the defenses of lack of personal or subject matter

19    jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,

20    move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

21    IT IS SO STIPULATED.

22

23    Respectfully Submitted,

24

25

26

27

28

1

1

Dated: February 8, 2008          By:      /s/ Rowan D. Wilson

2                                         Rowan D. Wilson
                                          CRAVATH, SWAINE & MOORE LLP
3                                         825 Eighth Avenue
                                          New York, NY 10019
4                                         Telephone: (212) 474-1000
                                          Fax:        (212) 474-3700
5
                                          *Attorney for Defendant Thai Airways*
6                                         *International Company Limited*

7

8    Dated: February 8, 2008          By:      */s/ Craig C. Corbitt  (by authorization)*

9                                         Craig C. Corbitt (No. 83251)
                                          Matthew R. Schultz (No. 220641)
10                                        Jiangxiao Athena Hou (No. 215256)
                                          Patrick B. Clayton (No. 240191)
11                                        ZELLE, HOFMANN, VOELBEL, MASON
                                            & GETTE LLP
12                                        44 Montgomery Street, Suite 3400
                                          San Francisco, CA  94104
13                                        Telephone:     (415) 693-0700
                                          Facsimile:     (415) 693-0770
14

15                                        *Attorneys for Plaintiff and the Class*

16

17

18

19

20                  IT IS SO ORDERED

21

22                  Judge Charles R. Breyer     February 11, 2008

23

24

25

26

27

28

2