1  W. Todd Miller
2  Kimberly N. Shaw
   BAKER & MILLER PLLC
3  2401 Pennsylvania Avenue NW
   Suite 300
4  Washington D.C. 20037
   Telephone: (202) 663-7820
5  Facsimile: (202) 663-7849

6  Michael A. Duncheon (Bar No. 65682)
   Lisa M. Pooley (Bar No. 168737)
7  HANSON BRIDGETT MARCUS VLAHOS RUDY LLP
   425 Market Street
8  26th Floor
   San Francisco, CA 94105
9  Telephone: (415) 995-5015
   Facsimile: (415) 541-9366
10
   Attorneys for Defendant Qantas Airways Limited
11

12

13
               UNITED STATES DISTRICT COURT
14
               NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  MICAH ABRAMS, individually and on behalf of all others similarly situated, | Case No. 08-CV-0339-CRB |
| 17 | |
| 18                Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR QANTAS AIRWAYS LIMITED TO RESPOND TO COMPLAINT** |
| 19  vs. | |
| 20  AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26                Defendants. | |
| 27 | |
| 28 | |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams ("Plaintiff"), and defendant Qantas Airways Limited ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until 45 days after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's counsel is acting as Lead Counsel, Plaintiff agrees that Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after such service.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 15, 2008    By: *[signature: Kimberly N. Shaw, by Michael Duncheon]*
W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW
Suite 300
Washington, DC 20037
Telephone:  (202) 663-7820
Facsimile:   (202) 663-7849

Email: tmiller@bakerandmiller.com
         kshaw@bakerandmiller.com

By: *[signature: Michael A. Duncheon]*
Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
HANSON BRIDGETT MARCUS VLAHOS RUDY LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Telephone:  (415) 995-5015
Facsimile:   (415) 541-9366

Email: mduncheon@hansonbridgett.com
         lpooley@hansonbridgett.com

*Attorneys for Defendant Qantas Airways Limited*

Dated: February 15, 2008    By: *[signature: Jiangxiao Hou]*
Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770

*Attorneys for Plaintiff and the Class*