Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ABRAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>            Defendants. | Case No. 08-CV-0339-CRB<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1  Pursuant to Local Rule 6-1, and in light of the related Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407 now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas the
4  Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams ("Plaintiff"),
5  and defendant Japan Airlines International Co., Ltd. ("Defendant"), through counsel, hereby
6  stipulate and agree as follows:
7  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
9  required to file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after the
10 JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended
11 complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
12 counsel is acting as Lead Counsel, Plaintiff agrees that Defendants' time to answer, move, or
13 otherwise plead is enlarged until 45 days after such service.
14 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
15 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
16 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
17 of process or service of process. This Stipulation does not constitute a waiver of any other
18 defense including, but not limited to, the defenses of lack of personal or subject matter
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 15, 2008          By:     */s/Craig C. Corbitt*

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

*Attorneys for Plaintiff and the Class*

Dated: February 15, 2008          By:     */s/William Karas (by authorization)*

William Karas
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

*Attorney for Defendant Japan Airlines International Co., Ltd.*

#3172185v1

# CERTIFICATE OF SERVICE

*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-CRB

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**1.    JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 15, 2008

Signed  */s/Monica J. Steele*
Monica J. Steele