Jesse Markham (CA State Bar No. 087788)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel:  (415) 268-2000
Fax:  (415) 268-1999

Yang Chen
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 350-2700
Fax:  (212) 350-2701

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICAH ABRAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, LTD.; et al.,<br><br>Defendants. | Case No. 3:08-cv-00339-CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT |

WHEREAS the undersigned plaintiff has filed the above-captioned case;

WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

WHEREAS the Court entered the Reassignment Order on January 24, 2008;

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the Judicial Panel on Multidistrict Litigation grants, denies, or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's counsel is acting as Lead Counsel, Plaintiff agrees that Defendants' time to answer, move, or otherwise plead is extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other time as the parties may jointly agree to in writing.

2. Except as otherwise stated, this Stipulation does not constitute a waiver by All Nippon Airways Co., Ltd., of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper venue.

3. For purposes of proceedings in the United States of America, Defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process in any United States court. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in Paragraph 1, above. Additionally, Defendant retains the right to contest, and

does not waive any defense regarding the sufficiency of process or service of process under the laws of any foreign nation, or as it relates to the enforceability of any potential future judgment outside of the United of America, including specifically Japan.

IT IS SO STIPULATED.

DATED: February 12, 2008        By: /s/ Adam Brezine

Jesse Markham
Adam Brezine
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000
Fax: (415) 268-1999

Yang Chen
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

DATED: February 12, 2008        By: /s/ Jiangxiao Athena Hou *(by authorization)*

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL,
 MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California, 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Attorneys for Plaintiff*

February 15, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

3

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**