W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW
Suite 300
Washington D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
HANSON BRIDGETT MARCUS VLAHOS RUDY LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5015
Facsimile: (415) 541-9366

Attorneys for Defendant Qantas Airways Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ABRAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants. | Case No. 08-CV-0339-CRB<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR QANTAS AIRWAYS LIMITED TO RESPOND TO COMPLAINT** |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1  Pursuant to Local Rule 6-1, and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas
4  the Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams
5  ("Plaintiff"), and defendant Qantas Airways Limited ("Defendant"), through counsel, hereby
6  stipulate and agree as follows:

7  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8  otherwise plead is enlarged until 45 days after the JPML grants, denies, or otherwise disposes of
9  the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single
10 transferee Court and served on Defendant, and Plaintiff's counsel is acting as Lead Counsel,
11 Plaintiff agrees that Defendants' time to answer, move, or otherwise plead is enlarged until 45
12 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16 of process or service of process. This Stipulation does not constitute a waiver of any other
17 defense including, but not limited to, the defenses of lack of personal or subject matter
18 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
19 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
20 IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 15, 2008          By: *[signature: Kimberly N. Shaw, by Michael Duncheon]*
W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW
Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Email: tmiller@bakerandmiller.com
       kshaw@bakerandmiller.com

By: *[signature: Michael A. Duncheon]*
Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
HANSON BRIDGETT MARCUS VLAHOS
RUDY LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5015
Facsimile: (415) 541-9366

Email: mduncheon@hansonbridgett.com
       lpooley@hansonbridgett.com

*Attorneys for Defendant Qantas Airways Limited*

Dated: February 15, 2008          By: *[signature: Jiangxiao Athena Hou]*
Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Attorneys for Plaintiff and the Class*

February 20, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB