1   Craig C. Corbitt (No. 83251)
    Matthew R. Schultz (No. 220641)
2   Jiangxiao Athena Hou (No. 215256)
    Patrick B. Clayton (No. 240191)
3   ZELLE, HOFMANN, VOELBEL, MASON
     & GETTE LLP
4   44 Montgomery Street, Suite 3400
    San Francisco, CA  94104
5   Telephone:    (415) 693-0700
    Facsimile:    (415) 693-0770
6
    Attorneys for Plaintiff and the Class
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12   MICAH ABRAMS, individually and on behalf )  Case No. 08-CV-0339-CRB
     of all others similarly situated,         )
13                                              )  **JOINT STIPULATION PURSUANT TO**
                                                )  **LOCAL RULE 6-1 EXTENDING TIME**
14                    Plaintiff,                )  **TO RESPOND TO COMPLAINT**
                                                )
15   vs.                                        )
                                                )
16   AIR NEW ZEALAND LTD., ALL NIPPON           )
     AIRWAYS CO. LTD., CHINA AIRLINES           )
17   LTD., EVA AIRWAYS CORPORATION,             )
     JAPAN AIRLINES INTERNATIONAL CO.           )
18   LTD., MALAYSIA AIRLINE SYSTEM              )
     BERHAD, NORTHWEST AIRLINES, INC.,          )
19   QANTAS AIRWAYS, LTD., SINGAPORE            )
     AIRLINES, LTD., AND THAI AIRWAYS           )
20   INTERNATIONAL PUBLIC COMPANY,              )
     LTD.,                                      )
21                                              )
                                                )
22                    Defendants.               )
                                                )
23                                              )
                                                )
24                                              )
                                                )
25                                              )

26

27

28
─────────────────────────────────────────────
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1    Pursuant to Local Rule 6-1, and in light of the related Motion for Transfer and

2    Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

3    1407 now pending before the Judicial Panel on Multidistrict Litigation ("JPML") and whereas the

4    Court entered the Reassignment Order on January 24, 2008, Plaintiff Micah Abrams ("Plaintiff"),

5    and defendant Japan Airlines International Co., Ltd. ("Defendant"), through counsel, hereby

6    stipulate and agree as follows:

7        IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or

8    otherwise plead is enlarged until the later of:  (1) the date when Defendant would otherwise be

9    required to file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after the

10   JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended

11   complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's

12   counsel is acting as Lead Counsel, Plaintiff agrees that Defendants' time to answer, move, or

13   otherwise plead is enlarged until 45 days after such service.

14       IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service

15   on behalf of Defendant of the summons and complaints in the above-captioned matter, including

16   any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency

17   of process or service of process.  This Stipulation does not constitute a waiver of any other

18   defense including, but not limited to, the defenses of lack of personal or subject matter

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB

1    jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,

2    move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

3        IT IS SO STIPULATED.

4

5                                                    Respectfully Submitted,

6

7

8    Dated: February 15, 2008                 By:    */s/Craig C. Corbitt*

9                                                    Craig C. Corbitt (No. 83251)
                                                     Matthew R. Schultz (No. 220641)
10                                                   Jiangxiao Athena Hou (No. 215256)
                                                     Patrick B. Clayton (No. 240191)
11                                                   ZELLE, HOFMANN, VOELBEL, MASON
                                                      & GETTE LLP
12                                                   44 Montgomery Street, Suite 3400
                                                     San Francisco, CA  94104
13                                                   Telephone:    (415) 693-0700
                                                     Facsimile:    (415) 693-0770
14

15                                                   *Attorneys for Plaintiff and the Class*

16

17   Dated: February 15, 2008                 By:    */s/William Karas (by authorization)*

18                                                   William Karas
                                                     STEPTOE & JOHNSON, LLP
19                                                   1330 Connecticut Avenue, N.W.
                                                     Washington, D.C.  20036
20                                                   Telephone:  (202) 429-3000
                                                     Facsimile:  (202) 429-3902
21

22                                                   *Attorney for Defendant Japan Airlines*
                                                     *International Co., Ltd.*
23

24   #3172185v1

25                                                   February 20, 2008

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

1

## CERTIFICATE OF SERVICE

2

*Micah Abrams  v. Air New Zealand, et al.*, Case No. CV 08-0339-CRB

3

        I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the

4  United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason &
Gette LLP, at the address indicated, whose members are members of the State Bar of California

5  and at least one of whose members is a member of the Bar of each Federal District Court within
California; am not a party to or interested in the cause entitled upon the document to which this

6  Proof of Service is affixed; and that I served a true and correct copy of the following document(s)

7  in the manner indicated below:

8  **1.        JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME
            TO RESPOND TO COMPLAINT**

9

10  ☐      by today depositing, at San Francisco, California, the said document(s) in the United
                States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

11  ☐      by facsimile transmission to the parties listed below;
          ☐      by overnight mail to the parties listed below;

12  ☐      by today personally delivering the said document(s) to the person(s) indicated below in a
                manner provided by law, by handing them the documents or by leaving the said

13              document(s) at the office(s) or usual place(s) of business, during usual business hours, of
                the said person(s) with a clerk or other person who was apparently in charge thereof and at

14              least 18 years of age, whom I informed of the contents.

15  ☐      (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the offices
                and/or to attorneys of offices of the below named addressee(s).

16  ☒      **By USDC Live System-Document Filing System:**  on all interested parties registered for
                e-filing.

17

18

Dated:  February 15, 2008

19                                                      Signed  */s/Monica J. Steele*
                                                                      Monica J. Steele

20

21

22

23

24

25

26

27

28

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB