1  Christopher T. Casamassima (CA Bar No. 211280)
2  Email: ccasamassima@kirkland.com
   **KIRKLAND & ELLIS LLP**
3  777 South Figueroa Street
   Los Angeles, California 90017-5800
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5

6  Attorneys for Defendant
   EVA Airways Corporation
7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12
   **MICAH ABRAMS, INDIVIDUALLY**       Case No. CV 08 0339 CRB
13 **AND ON BEHALF OF ALL OTHERS**
   **SIMILARLY SITUATED,**              The Honorable Charles R. Breyer
14
           **Plaintiffs,**
15                                       **JOINT STIPULATION PURSUANT**
           vs.                           **TO LOCAL RULES 6-1 AND 6-2**
16                                       **EXTENDING TIME TO RESPOND**
   **AIR NEW ZEALAND LTD, ALL**          **TO COMPLAINT**
17 **NIPPON AIRWAYS CO. LTD.,**
   **CHINA AIRLINES, LTD., EVA**
18 **AIRWAYS CORPORATION, JAPAN**
   **AIRLINES INTERNATIONAL CO.**
19 **LTD., MALAYSIA AIRLINE**
   **SYSTEM BERHAD, NORTHWEST**
20 **AIRLINES, INC., QANTAS**
   **AIRWAYS, LTD., SINGAPORE**
21 **AIRLINES, LTD., AND THAI**
   **AIRWAYS INTERNATIONAL**
22 **PUBLIC COMPANY, LTD.,**

23         **Defendants.**

24

25

26         Whereas the Court entered the Order Reassigning this case on January 24,

27 2008; and whereas the Judicial Panel on Multidistrict Litigation ("JPML") issued an

28 order on February 19, 2008 pursuant to 28 U.S.C. § 1407 transferring and

**Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**

1  consolidating all actions related the *In re Transpacific Passenger Air Transportation*
2  *Litigation* cases to this Court; Plaintiff Micah Abrams ("Plaintiff") and Defendant
3  EVA Airways Corporation ("Defendant"), through counsel, hereby stipulate and agree
4  as follows:

5      IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-1(a),
6  that Defendant's time to answer, move or otherwise plead is enlarged to April 4, 2008,
7  or if a consolidated amended complaint in *In re Transpacific Passenger Air*
8  *Transportation Litigation* is filed, and Plaintiff's counsel is acting as Lead Counsel,
9  Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after
10 service of that complaint.

11     IT IS HEREBY FURTHER STIPULATED AND AGREED this Stipulation
12 does not constitute a waiver by Defendant of any defense, including but not limited to
13 insufficiency of service of process, lack of personal jurisdiction or lack of subject
14 matter jurisdiction. Nothing in this paragraph shall obligate Defendant to answer,
15 move, or otherwise respond to any complaint until the time provided in the preceding
16 paragraph. The above notwithstanding, should Defendant, except pursuant to court
17 order, respond to any complaint in a related matter filed in this court or another United
18 States District Court prior to the date contemplated by this stipulation, then such
19 Defendant shall make a simultaneous response to the complaint in the above-
20 captioned matter.

**Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**

1  IT IS SO STIPULATED.
2      Respectfully submitted,

3  Dated: February 21, 2008      KIRKLAND & ELLIS LLP
4

5                        By:     /s/ Christopher T. Casamassima

6                          777 South Figueroa Street
7                          Los Angeles, California 90017-5800
                         Telephone: (213) 680-8400
8                          Facsimile: (213) 680-8500
                         Email: ccasamassima@kirkland.com
9

10                       *Counsel for Defendant EVA Airways*

11

12

13  Dated: February 21, 2008      ZELLE, HOFMANN, VOELBEL, MASON &
14                         GETTE LLP

15                        By:    /s/ Craig C. Corbitt (with authorization)

16                        44 Montgomery Street, Suite 3400
17                        San Francisco, California 94104
                       Telephone: (415) 693-0700
18                        Facsimile: (415) 693-0770
19                        **E-Mail:** ccorbitt@zelle.com

20                       *Counsel for Plaintiff*

21

22

23

24

25

26

27

28
         **Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**