# PROOF OF SERVICE

I, Cara Malcolm, am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action; my business address is Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL 60601.

On February 21, 2008, I served a true copy of the foregoing document(s) described as:

**Joint Stipulation Pursuant To Local Rule 6-1 and 6-2 Extending Time To Respond To Complaint**

on the interested parties in this action as follows:

[ ]  By email transmission, the document(s) listed above to the email addresses set forth below on this date before 6:00 p.m., with no system administrator error returned.

[X]  By posting copy of the documents by and through United States District Court, Central District of California's CM/ECF filing system for registered counsel who receive email notification for Case No. CV 08 0339 CRB.

[X]  By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, first-class United States mail at the office of Kirkland & Ellis LLP located in Chicago, IL for those registered counsel who do not receive CM/ECF notification. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| Patrick Bradford Clayton<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 | Attorneys for Plaintiff, |

[ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed February 21, 2008, at Chicago, Illinois.

_____<br>
Cara Malcolm<br>
Cara Malcolm

**Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**