1  Christopher T. Casamassima (CA Bar No. 211280)
2  Email: ccasamassima@kirkland.com
   **KIRKLAND & ELLIS LLP**
3  777 South Figueroa Street
   Los Angeles, California 90017-5800
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5
6  Attorneys for Defendant
   EVA Airways Corporation
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAH ABRAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AIR NEW ZEALAND LTD, ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES, LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,**<br><br>**Defendants.** | Case No. CV 08 0339 CRB<br><br>The Honorable Charles R. Breyer<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT** |

Whereas the Court entered the Order Reassigning this case on January 24, 2008; and whereas the Judicial Panel on Multidistrict Litigation ("JPML") issued an order on February 19, 2008 pursuant to 28 U.S.C. § 1407 transferring and

1  consolidating all actions related the *In re Transpacific Passenger Air Transportation*
2  *Litigation* cases to this Court; Plaintiff Micah Abrams ("Plaintiff") and Defendant
3  EVA Airways Corporation ("Defendant"), through counsel, hereby stipulate and agree
4  as follows:

5      IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-1(a),
6  that Defendant's time to answer, move or otherwise plead is enlarged to April 4, 2008,
7  or if a consolidated amended complaint in *In re Transpacific Passenger Air*
8  *Transportation Litigation* is filed, and Plaintiff's counsel is acting as Lead Counsel,
9  Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after
10 service of that complaint.

11     IT IS HEREBY FURTHER STIPULATED AND AGREED this Stipulation
12 does not constitute a waiver by Defendant of any defense, including but not limited to
13 insufficiency of service of process, lack of personal jurisdiction or lack of subject
14 matter jurisdiction. Nothing in this paragraph shall obligate Defendant to answer,
15 move, or otherwise respond to any complaint until the time provided in the preceding
16 paragraph. The above notwithstanding, should Defendant, except pursuant to court
17 order, respond to any complaint in a related matter filed in this court or another United
18 States District Court prior to the date contemplated by this stipulation, then such
19 Defendant shall make a simultaneous response to the complaint in the above-
20 captioned matter.

21
22
23
24
25
26
27
28

**Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**

1  IT IS SO STIPULATED.
2       Respectfully submitted,

3  Dated: February 21, 2008        KIRKLAND & ELLIS LLP
4
5                                  By:    /s/ Christopher T. Casamassima
6
                                   777 South Figueroa Street
7                                  Los Angeles, California 90017-5800
                                   Telephone: (213) 680-8400
8                                  Facsimile: (213) 680-8500
                                   Email: ccasamassima@kirkland.com
9
10                                 *Counsel for Defendant EVA Airways*

11
12
13 Dated: February 21, 2008        ZELLE, HOFMANN, VOELBEL, MASON &
                                   GETTE LLP
14
15                                 By:   /s/ Craig C. Corbitt (with authorization)
16
                                   44 Montgomery Street, Suite 3400
17                                 San Francisco, California 94104
                                   Telephone: (415) 693-0700
18                                 Facsimile: (415) 693-0770
                                   **E-Mail:** ccorbitt@zelle.com
19
20                                 *Counsel for Plaintiff*
21
                                   February 22, 2008
22
23
24
25
26
27
28



**Case No. CV 08 0339 CRB, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint**