Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

Attorneys for Plaintiff Micah Abrams
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | Case No. C-08-00339-CRB<br><br>MDL No. 1913 |
| This Document Relates To:<br><br>MICAH ABRAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AIR NEW ZEALAND LTD., et al.,<br><br>　　　　　　　　Defendants. | **PLAINTIFF MICAH ABRAMS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF NORTHWEST AIRLINES, INC.** |

-1-
PLAINTIFF MICAH ABRAMS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF NORTHWEST AIRLINES, INC.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Micah Abrams hereby dismisses all claims made in Case No. C-08-00339-CRB, without prejudice, against named defendant Northwest Airlines, Inc.

Dated:  March 6, 2008

By: ___*/s/ Patrick B. Clayton*_____
      Patrick B. Clayton

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

*Attorneys for Plaintiff Micah Abrams and the Proposed Class*

## CERTIFICATE OF SERVICE

*IN RE:  TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION*
*Micah Abrams  v. Air New Zealand, et al*., Case No. CV 08-0339-CRB

I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFF MICAH ABRAMS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF NORTHWEST AIRLINES, INC.**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

Dated:  March 6, 2008

Signed  */s/Monica J. Steele*
         Monica J. Steele

#3172501v1