1  Rowan D. Wilson (SBN 118488)
   Cravath, Swaine & Moore, LLP
2  825 Eighth Avenue
   New York, NY 10019
3  Tel: (212) 474-1000
   Fax: (212) 474-3800
4  Email: rwilson@cravath.com

5
   Attorneys for Defendant Thai Airways International
6  Public Company, Ltd.

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | **MICAH ABRAMS**, individually and on      ) Case No. 08-CV-0339-CRB
   | behalf of all others similarly situated,   )
13 |                                            ) **AMENDED JOINT STIPULATION**
   |                                            ) **PURSUANT TO LOCAL RULE 6-1**
14 |             Plaintiff,                     ) **EXTENDING TIME TO RESPOND TO**
   |                                            ) **COMPLAINT**
15 | vs.                                        )
   |                                            )
16 | **AIR NEW ZEALAND LTD., ALL NIPPON**       )
   | **AIRWAYS CO. LTD., CHINA AIRLINES**       )
17 | **LTD., EVA AIRWAYS CORPORATION,**         )
   | **JAPAN AIRLINES INTERNATIONAL**           )
18 | **CO. LTD., MALAYSIA AIRLINE**             )
   | **SYSTEM BERHAD, NORTHWEST**               )
19 | **AIRLINES, INC., QANTAS AIRWAYS,**        )
   | **LTD., SINGAPORE AIRLINES, LTD.,**        )
20 | **AND THAI AIRWAYS INTERNATIONAL**         )
   | **PUBLIC COMPANY, LTD.,**                  )
21 |                                            )
22 |             Defendants.                    )
   |                                            )
23 |                                            )
   |                                            )
24 |                                            )
   |                                            )
25 |                                            )

26

27

28
   JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
                              CASE NO. 08-CV-0339-CRB

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on
2  Multidistrict Litigation Transfer Order consolidating this case and the other Transpacific
3  Passenger Air cases and the Court's Reassignment Order of January 24, 2008, Plaintiff Micah
4  Abrams ("Plaintiff"), and defendant Thai Airways International Public Company, Ltd.
5  ("Defendant"), through counsel, hereby stipulate and agree as follows:
6      IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise respond to Plaintiff's complaint shall be extended until forty-five days after the filing
8  of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other
9  times as the parties may jointly agree to in writing.
10     IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
11 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
12 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
13 of process or service of process.  This Stipulation does not constitute a waiver of any other
14 defense including, but not limited to, the defenses of lack of personal or subject matter
15 jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,
16 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
17
18     IT IS SO STIPULATED.
19
20     Respectfully Submitted,
21
22 Dated: March 25, 2008        By:   /s/ Rowan D. Wilson
23         Rowan D. Wilson
        CRAVATH, SWAINE & MOORE LLP
24         825 Eighth Avenue
        New York, NY 10019
25         Telephone: (212) 474-1000
        Fax: (212) 474-3700
26
27         *Attorney for Defendant Thai Airways*
        *International Company Limited*
28

| | | |
|---|---|---|
| Dated: March 25, 2008 | By: | /s/ Athena Hou (by authorization) |

                                                Craig C. Corbitt (No. 83251)
                                                Matthew R. Schultz (No. 220641)
                                                Jiangxiao Athena Hou (No. 215256)
                                                Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

*Attorneys for Plaintiff and the Class*

---

3

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB