1  Rowan D. Wilson (SBN 118488)
   Cravath, Swaine & Moore, LLP
2  825 Eighth Avenue
   New York, NY 10019
3  Tel: (212) 474-1000
   Fax: (212) 474-3800
4  Email: rwilson@cravath.com

5
   Attorneys for Defendant Thai Airways International
6  Public Company, Ltd.

7

8

9
                       **UNITED STATES DISTRICT COURT**
10
                       **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | **MICAH ABRAMS**, individually and on behalf of all others similarly situated, | ) Case No. 08-CV-0339-CRB
   |                                                                                 | )
13 |                                                                                 | ) **AMENDED JOINT STIPULATION**
   |                          Plaintiff,                                             | ) **PURSUANT TO LOCAL RULE 6-1**
14 |                                                                                 | ) **EXTENDING TIME TO RESPOND TO**
   | vs.                                                                             | ) **COMPLAINT**
15 |                                                                                 | )
16 | **AIR NEW ZEALAND LTD., ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,** | )
   |                                                                                 | )
   |                          Defendants.                                            | )

28
   JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
                                 CASE NO. 08-CV-0339-CRB

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation Transfer Order consolidating this case and the other Transpacific Passenger Air cases and the Court's Reassignment Order of January 24, 2008, Plaintiff Micah Abrams ("Plaintiff"), and defendant Thai Airways International Public Company, Ltd. ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise respond to Plaintiff's complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 25, 2008              By:     /s/ Rowan D. Wilson
                                           Rowan D. Wilson
                                           CRAVATH, SWAINE & MOORE LLP
                                           825 Eighth Avenue
                                           New York, NY 10019
                                           Telephone: (212) 474-1000
                                           Fax: (212) 474-3700

                                           *Attorney for Defendant Thai Airways
                                           International Company Limited*

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: March 25, 2008 | By: | /s/ Athena Hou (by authorization) |
| 3 | | | Craig C. Corbitt (No. 83251) |
| | | | Matthew R. Schultz (No. 220641) |
| 4 | | | Jiangxiao Athena Hou (No. 215256) |
| | | | Patrick B. Clayton (No. 240191) |
| 5 | | | ZELLE, HOFMANN, VOELBEL, MASON |
| | | |  & GETTE LLP |
| 6 | | | 44 Montgomery Street, Suite 3400 |
| | | | San Francisco, CA  94104 |
| 7 | | | Telephone:    (415) 693-0700 |
| | | | Facsimile:    (415) 693-0770 |

*Attorneys for Plaintiff and the Class*

Dated:  March 28, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

3

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0339-CRB