Christopher T. Casamassima (CA Bar No. 211280)
Email: ccasamassima@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant EVA Airways

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAH ABRAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES, LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,**<br><br>**Defendants.** | Case No. CV 08 0339 CRB<br><br>The Honorable Charles R. Breyer<br><br>**AMENDED JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation Transfer Order consolidating this case and the other Transpacific Passenger Air cases and the Court's Reassignment Order of

January 24, 2008, Plaintiff Micah Abrams ("Plaintiff"), and defendant EVA Airways ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise respond to Plaintiff's complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

**Case No. CV 08 0339 CRB, Amended Joint Stipulation Pursuant to Local Rules 6-1 and 6-2 Extending Time To Respond To Complaint And Continuing Court Ordered Deadlines And [Proposed] Order**

IT IS SO STIPULATED.

    Respectfully submitted,

Dated: March 28, 2008         KIRKLAND & ELLIS LLP

                                    By:    /s/ Christopher T. Casamassima

                                  777 South Figueroa Street
                                  Los Angeles, California 90017-5800
                                  Telephone: (213) 680-8400
                                  Facsimile: (213) 680-8500
                                  Email: ccasamassima@kirkland.com

*Counsel for Defendant EVA Airways*

Dated: March 28, 2008         ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

                                    By:    /s/ Athena Hou (with authorization)

                                  44 Montgomery Street, Suite 3400
                                  San Francisco, California 94104
                                  Telephone: (415) 693-0700
                                  Facsimile: (415) 693-0770
                                  Email: ahou@zelle.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ABRAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS CO. LTD., CHINA AIRLINES, LTD., EVA AIRWAYS CORPORATION, JAPAN AIRLINES INTERNATIONAL CO. LTD., MALAYSIA AIRLINE SYSTEM BERHAD, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, LTD., SINGAPORE AIRLINES, LTD., AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>    Defendants. | Case No. CV 08 0339 CRB<br><br>The Honorable Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Defendant's time to answer, move or otherwise respond to Plaintiff's complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

Dated: [__March____] [_31_], 2008

_____
Honorable Charles R. Breyer
Judge of the United States District Court

**Case No. CV 08 0339 CRB, Amended Joint Stipulation Pursuant to Local Rules 6-1 and 6-2 Extending Time To Respond To Complaint And Continuing Court Ordered Deadlines And [Proposed] Order**