1    David A. Senior (SBN 108579)
     Benjamin D. Weston (SBN 240641)
2    Carrie A. McQuaid (SBN 254066)
     McBreen & Senior
3    2029 Century Park East
     Third Floor
4    Los Angeles, California 90067
     Telephone: 310-552-5300
5    Facsimile: 310-552-1205
     Email: dsenior@mcbreensenior.com
6

7    Attorneys for Defendant
     Malaysian Airline System Berhad

8    Other counsel listed at signature lines

9

10                 **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12    **In re TRANSPACIFIC PASSENGER AIR** )   Master File No.07-cv-5634 CRB
     **TRANSPORTATION ANTITRUST**   )
13    **LITIGATION**                 )   MDL. NO. 1913
                             )
14                              )   **STIPULATION PURSUANT TO LOCAL**
                             )   **RULE 6-1 EXTENDING TIME TO**
15                              )   **RESPOND TO COMPLAINT**
                             )
16                              )
                             )
17    _____ )
     This Document Relates To:         )
18                              )
     *Abrams v. Air New Zealand, et al.*    )
19    3:08-cv-00339  CRB             )
     _____ )
20

21

22

23

24

25

26

27

28

1

2         Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on

3    Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other

4    Transpacific Passenger Air cases, plaintiff Micah Abrams ("Plaintiff"), and defendant Malaysian

5    Airline System Berhad, sued herein as "Malaysia Airlines" ("Defendant"), through counsel,

6    hereby stipulate and agree as follows:

         IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7
     otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger
8
     Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the
9
     Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not
10
     be filed.
11
         IT IS FURTHER STIPULATED AND AGREED that Defendant's counsel shall accept
12
     service on behalf of Defendant of the summons and complaints in *Abrams v. Air New Zealand, et*
13
     *al.*3:08-cv-00339 CRB, including any amended or consolidated complaints of Plaintiff in Master
14
     File No.07-cv-5634 CRB, and further, that Defendant shall not contest sufficiency of process or
15
     service of process.  This Stipulation does not constitute a waiver of any other defense including,
16
     but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper
17
     venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond
18
19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //
                STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT;
27   //                                  Master File No.07-cv-5634 CRB

                                                   1

1   to any complaint until the time provided in the preceding paragraph.

2

3

4   Dated: April 2, 2008

    By:___/s/ Carrie A. McQuaid_____
5
    David A. Senior
6   Benjamin D. Weston
    Carrie A. McQuaid
7   McBreen & Senior
    2029 Century Park East
8   Third Floor
    Los Angeles, California 90067
9   Telephone: 310-552-5300
    Facsimile: 310-552-1205
10  Email:  dsenior@mcbreensenior.com

11  Attorneys for Defendant
    Malaysian Airline System Berhad
12

13  Dated: April 2, 2008        By:___/s/ Jiangxiao Hou (by authorization)_____
    Craig C. Corbitt (No. 83251)
14  Matthew R. Schultz (No. 220641)
    Jiangxiao Athena Hou (No. 215256)
15  Patrick B. Clayton (No. 240191)
    Zelle, Hofmann, Voelbel, Mason
16   & Gette, LLP
    44 Montgomery Street, Suite 3400
17  San Francisco, CA  94104
    Telephone:    (415) 693-0700
18  Facsimile:    (415) 693-0770

19  Attorneys for Plaintiff and the Class

20

21  Concurrence in the filing of this stipulation has been obtained from the foregoing signatories
    pursuant to United States District Court, Northern District of California General Order 45(X)(B).
22

23  By:___/s/ Carrie A. McQuaid_____

24

25

26
    STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT;
27  Master File No.07-cv-5634 CRB